IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
     v.                     )         3:15cr24-MHT
                            )            (WO)
RANDELL LAWARN MALONE       )
```

ORDER

Counsel for both parties having orally informed the court that they did not object, it is ORDERED that the Bureau of Prison's motion for extension of time in which to conduct the psychological evaluation of defendant Randell Lawarn Malone (doc. no. 93) is granted as follows:

(1) The period in which the evaluation of Malone is to be done shall begin on the date of his arrival at the institution where his evaluation is to be done.

(2) The evaluation shall be completed by no later than June 5, 2016.

DONE, this the 22nd day of March, 2016.

                          \_ /s/ Myron H. Thompson
                          UNITED STATES DISTRICT JUDGE